UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FREDDIE WILSON,

    Plaintiff,

vs.                                               Case No. 8:13-mc-00011-T-27AEP

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Magistrate Judge's Report and Recommendation (Dkt. 5) concerning Plaintiff's Motion to Return Property (Dkt. 1). At the time of this order, no objections have been filed to the Report and Recommendation, and the time to file such objections has now passed.

After conducting a careful and complete review of the findings and recommendations, a district court may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that a district court review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C). The district court reviews legal conclusions *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. Appx. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and

recommendations, and giving *de novo* review to matters of law, the Report and Recommendation is APPROVED and ADOPTED for all purposes, including for appellate review. Accordingly, Plaintiff's Motion to return Property (Dkt. 1) is DENIED. The Clerk is directed to CLOSE the file.

**DONE AND ORDERED** this 23rd day of April, 2013.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record